

ENTERED ON DOCKET

SEP 2 4 2003

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re: )
)           Case No. 02-30301
GLASPER, CLARENCE BEN & )
VIRGINIA SCOTT )
)
)
_____ Debtor(s). )

FILED

SEP 2 3 2003

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of ___Keys Research___, seeking payment of funds previously unclaimed by _Clarence & Virginia Glasper_ (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that ___Clarence & Virginia Glasper___ is entitled to the funds paid into Court.

Therefore,

IT IS ORDERED that the Clerk is directed to pay $ 2,450.00 ___ from the ___Treasury Registry___ to:

Clarence Glasper and the estate of Virginia Glasper
and Keys Research
23630 S.E. 440th Street
Enumclaw, WA 98022

DATED: 23 Sept 2003

_____
UNITED STATES BANKRUPTCY JUDGE

EDC 6-960 (New 11/01)